1

2

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

11 RACHEL MONKRES,                          | Case No.: 5:24-cv-01840-SVW-AS
12        Plaintiff,                        | [Riverside Superior Court Case No.:CVRI2304870]
13 v.                                       | **ORDER OF DISMISSAL**
14
15 STATE FARM GENERAL INSURANCE COPMANY, KEELAN ELLIOTT and DOES 1 to 10,  | Complaint Filed: September 18, 2023
16
17        Defendants.

# [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE in its entirety. The Clerk is directed to close the file.

Dated: January 8, 2025

*/s/ Stephen V. Wilson*

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE